AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Vito Antonio Laera

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Cai Jun Fang

Case Number:  2:14-cv-00667-JAD-NJK

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that default default judgment is hereby entered for Laera and against Fang in the amount of $759,794.30.

June 15, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ J. Matott

(By) Deputy Clerk